# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN S. BARTNIKOWSKI, III, | : | |
|     Plaintiff, | : | NO. 3:20-CV-01913 |
| | : | |
| -vs- | : | |
| | : | (MEHALCHICK, C.M.J.) |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner | : | |
| of Social Security, | : | |
|     Defendant. | : | **[FILED VIA ECF]** |

## ORDER

AND NOW, this __10th__ day of __September__, 2021, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, John S. Bartnikowski, III, is awarded Four Thousand Six Hundred Dollars and 00/100 Cents ($4,600.00) in attorney fees under EAJA. The attorney fees will be paid directly to Plaintiff, John S. Bartnikowski, III, and sent to the business address of Plaintiff's counsel, Patrick J. Best, Esquire. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

*Karoline Mehalchick*

KAROLINE MEHALCHICK
Chief U.S. Magistrate Judge